UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BAIRD,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>FLIR SYSTEMS INC., JAMES J. CANNON, EARL R. LEWIS, JOHN D. CARTER, WILLIAM W. CROUCH, CATHERINE A. HALLIGAN, ANGUS L. MACDONALD, MICHAEL T. SMITH, CATHY A. STAUFFER, ROBERT S. TYRER, JOHN W. WOOD JR., and STEVEN E. WYNNE,<br><br>　　　　　　　　　Defendants. | Case No.: 1:21-cv-02251-JPO |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 1, 2021

**OF COUNSEL:**

**ADEMI LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
　　　　jfruchter@ademilaw.com

*Attorneys for Plaintiff*

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*